✓#114  #129304

FILED
2011 FEB 22 PM 2:23
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: SCHROEDER, SCOT JAMES　　　Case No. 10-33643
　　　　SCHROEDER, METTE HANSEN

Judge MARY ANN WHIPPLE

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| City of Oregon | 5300 Seaman<br>Oregon, OH 43616 | $1.35 |

Check #114 for $1.35 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Patti Baumgartner-Novak_
Patti Baumgartner-Novak, Trustee

Dated: 2/17/11

cc: Office of the U.S. Trustee